UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
KAREN MARSHALL, PAUL FLANNERY, and :
DARRELL R. WHITE, on behalf of themselves :
and all others similarly situated, :
: 
                        Plaintiffs, :
:   Case No. 12-cv-03072 (CM)
      v. :
:
HYUNDAI MOTOR AMERICA, :
:
:
                        Defendant. :
-------------------------------------------------------------x

## STIPULATION OF DISMISSAL

Plaintiffs and Defendant hereby stipulate and agree that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all claims asserted in the above-captioned matter are hereby dismissed with prejudice.

Dated: November 4, 2020

By: _____
Gary Steven Graifman
Kantrowitz Goldhamer & Graifman, P.C.
747 Chestnut Ridge Road
Chestnut Ridge, NY 10977
Telephone: (845)-356-2570
Fax: (845) 356-4335
E-mail: ggraifman@kgglaw.com

Elmer Robert Keach , III
Law Offices of Elmer Robert Keach, III, PC
1 Pine West Plaza, Suite 109,
Albany, NY 12205
Telephone: (518)-434-1718
E-mail: bobkeach@keachlawfirm.com

By: _____
Michael L. Kidney
E-mail: michael.kidney@hoganlovells.com
James W. Clayton
E-mail: james.clayton@hoganlovells.com
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910

John J. Sullivan (JS 1726)
E-mail: john.sullivan@hoganlovells.com
HOGAN LOVELLS US LLP
875 Third Avenue

1

Gary E. Mason
Whitfield, Bryson & Mason, LLP
5101 Wisconsin Avenue, NW, Suite 305
Washington, DC 20016
Telephone: (202)-640-1167
E-mail: gmason@wbmllp.com
E-mail: jgoldstein@wbmllp.com

Nicholas A. Migliaccio
Migliaccio & Rathod LLP
412 H St NE, Suite 302,
Washington D.C. 20002
Telephone: (202) 470-3520
E-mail: nmigliaccio@classlawdc.com

*Attorneys for Plaintiffs*

New York, NY 10022
Telephone: (212) 918-3000
Facsimile: (212) 918-3100

*Attorneys for Defendant Hyundai Motor America*

2